**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**ANNETTE KEATON WILLIAMS,**

      **Plaintiff,**

**vs.**                                                  **CASE NO. 1:09CV27-MP/AK**

**MICHAEL J. ASTRUE,**

      **Defendants.**

_____/

## O R D E R

Presently before the Court is Defendant's Motion for Enlargement of Time. (Doc.

16). Having considered said motion, the Court is of the opinion that it should be

**GRANTED**, and Defendant shall have thirty days from this date or August 28, 2009, to

file the memorandum.

      **DONE AND ORDERED** this __27th__ day of July, 2009.

                          *s/ A. KORNBLUM*_____
                          **ALLAN KORNBLUM
                          UNITED STATES MAGISTRATE JUDGE**